UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| June Lake and Leroy Lake, | Civil File No. 09-cv-1319 DWF/RLE |
| Plaintiffs, | |
| vs. | STIPULATION OF DISMISSAL WITH PREJUDICE |
| Redline Recovery Services, LLC, | |
| Defendant. | |

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**MARTINEAU, GONKO & VAVRECK, PLLC**

Dated:  July 24, 2009                 By    s/Mark L. Vavreck
                                      Mark L. Vavreck (License #318619)
                                      Attorneys for Plaintiffs
                                      401 North Third Street, Suite 600
                                      Minneapolis, MN  55401
                                      (612) 659-9500

**BASSFORD REMELE**
*A Professional Association*

Dated:  July 24, 2009                 By    s/Michael A. Klutho
                                      Michael A. Klutho (License #186302)
                                      Attorneys for Defendant
                                      33 South Sixth Street, Suite 3800
                                      Minneapolis, Minnesota  55402-3707
                                      (612) 333-3000