## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| June Lake and Leroy Lake, | Civil No. 09-1319 (DWF/RLE) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Redline Recovery Services, LLC, | |
| Defendant. | |

Mark L. Vavreck, Esq., Martineau, Gonko & Vavreck, PLLC, counsel for Plaintiff.

Michael A. Klutho, Esq., Bassford Remele, PA, counsel for Defendant.

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 4),

**IT IS HEREBY ORDERED** that judgment shall be entered **DISMISSING** the Complaint on its merits **WITH PREJUDICE** and without costs, disbursements or attorney fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

Dated:  July 27, 2009          s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge