AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

June Lake and Leroy Lake

V.

Redline Recovery Services, LLC

**JUDGMENT IN A CIVIL CASE**

Case Number:   09-1319 DWF/RLE

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the Complaint is dismissed on its merits with prejudice and without costs, disbursements or attorney fees to any party.

|   July 29, 2009   |   RICHARD D. SLETTEN, CLERK   |
|---|---|
| Date | |
| | s/LP Holden |
| (By) | LP Holden,   Deputy Clerk |

Form Modified:  09/16/04